| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Betty J. Davidson |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : EASTERN District of Pennsylvania (State) | |
| Case number 17-13127-amc | |

# Form 4100R
# Response to Notice of Final Cure                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:  Mortgage Information

Name of creditor: Mortgage Assets Management, LLC              Court claim no. (if known): 5
Last 4 digits of any number you use to identify the debtor's account: 6207

Property address:   6643 Wayne Avenue ,
                    Number        Street

                    Philadelphia, PA 19119
                    City            State    ZIP Code

## Part 2:  Prepetition Default Payments

*Check one:*

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

## Part 3:  Postpetition Mortgage

*Check one:*

[ ]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

      The next postpetition payment from the debtor(s) is due on:    ____/____/_____
                                                                        MM/DD/YYYY

[X]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

      Creditor asserts that the total amount remaining unpaid as of the date of this response is:

      a. Total postpetition ongoing payments due:                                            (a) $0.00
      b. Total fees, charges, expenses, escrow and costs outstanding:                     + (b) $18,002.30
      c. Total. Add lines a and b.                                                           (c) $18,002.30

      Creditor asserts that the debtor(s) are contractually
      obligated for the postpetition payment(s) that first became
      due on:                                                    _NA- This is a Reverse Mortgage_
                                                                 MM/ DD/ YYYY

Form 4100R              **Response to Notice of Final Cure Payment**                page 1

| Debtor 1 | Betty J. Davidson | | | Case Number (if known) | 17-13127-amc |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim

*Check the appropriate box:*

[  ] I am the creditor.
[X] I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Charles G. Wohlrab          Date 06/02/2022
   Signature

Print   Charles G. Wohlrab, Esq.                    Title Authorized Agent
        First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   130 Clinton Rd #202
          Number        Street

          Fairfield, NJ 7004
          City          State          ZIP Code

Contact   470-321-7112                              Email cwohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 3 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Betty J. Davidson
6643 Wayne Avenue
Philadelphia, PA 19119-3519

And via electronic mail to:

MICHAEL D. SAYLES
Sayles and Associates
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

By: /s/ Jessica Norton
Email: jnorton@raslg.com

| | |
|---|---|
| Account # | |
| Borrower Name(s) | Betty Davidson |
| BK Filer: | Betty J. Davidson |
| Date BK Filed: | 5/1/2017 |
| Case # | 17-13127 |
| Default Balance: | $18,002.30 |

| Transaction Date | Transaction Description | Transaction amount |
|---|---|---|
| 5/24/2017 | Force Placed Fire Insurance | $1,350.00 |
| 10/10/2017 | Partial Refund - Force Placed Fire Insurance | -$947.00 |
| 11/3/2017 | Force Placed Fire Insurance 07/01/17 - 07/01/18 | $1,900.00 |
| 11/9/2017 | Partial Refund - Force Placed Fire Insurance | -$403.00 |
| 6/26/2018 | Refund - Force Placed Fire Insurance 07/01/17 - 07/01/18 | -$1,900.00 |
| 11/12/2020 | Delinquent Tax Payment - Philadelphia City 2019 | $7,514.14 |
| 11/12/2020 | Delinquent Tax Payment - Philadelphia City 2020 | $5,305.87 |
| 11/12/2020 | Delinquent Tax Payment - Philadelphia City 2018 | $5,182.29 |
| *Total Amount of Default* | | **$18,002.30** |

| Effective Date | Screen Desc | Transaction Amount |
|---|---|---|
| 5/24/2017 | Force Placed Insurance | 1350 |
| 10/10/2017 | Partial Refund | -947 |
| 11/3/2017 | Force Placed Insurance | 1900 |
| 11/9/2017 | Partial Refund | -403 |
| 6/26/2018 | Partial Refund | -1900 |
| 11/12/2020 | Property Charge - Tax | 7514.14 |
| 11/12/2020 | Property Charge - Tax | 5305.87 |
| 11/12/2020 | Property Charge - Tax | 5182.29 |

| Date | Check Number | Name of Party | Payment Amount |
|---|---|---|---|
| 6/15/2018 | 1052459 | CHAMPION MORTGAGE COMPANY | $695.05 |
| 8/17/2018 | 1055055 | CHAMPION MORTGAGE COMPANY | $424.90 |
| 11/20/2018 | 1058785 | CHAMPION MORTGAGE COMPANY | $865.23 |
| 12/14/2018 | 1060065 | CHAMPION MORTGAGE COMPANY | $973.95 |
| 1/18/2019 | 1100364 | CHAMPION MORTGAGE COMPANY | $1,200.45 |
| 3/15/2019 | 1103169 | CHAMPION MORTGAGE COMPANY | $425.82 |
| 4/18/2019 | 1104646 | CHAMPION MORTGAGE COMPANY | $439.41 |
| 6/21/2019 | 11507835 | CHAMPION MORTGAGE COMPANY | $428.00 |
| 7/19/2019 | 11509209 | CHAMPION MORTGAGE COMPANY | $428.00 |
| 8/15/2019 | 11510604 | CHAMPION MORTGAGE COMPANY | $428.00 |
| 9/23/2019 | 11512108 | CHAMPION MORTGAGE COMPANY | $428.00 |
| 10/22/2019 | 17191345 | CHAMPION MORTGAGE COMPANY | $868.35 |
| 12/20/2019 | 17194623 | CHAMPION MORTGAGE COMPANY | $434.17 |
| 2/21/2020 | 17196806 | CHAMPION MORTGAGE COMPANY | $868.35 |
| 4/17/2020 | 17200123 | CHAMPION MORTGAGE COMPANY | $1,283.99 |
| 6/19/2020 | 17203078 | CHAMPION MORTGAGE COMPANY | $428.00 |
| 7/17/2020 | 17204408 | CHAMPION MORTGAGE COMPANY | $855.99 |
| 9/29/2020 | 17207223 | CHAMPION MORTGAGE COMPANY | $855.99 |
| 11/20/2020 | 17209888 | CHAMPION MORTGAGE COMPANY | $442.26 |
| 12/21/2020 | 17211066 | CHAMPION MORTGAGE COMPANY | $445.00 |
| 1/22/2021 | 17212346 | CHAMPION MORTGAGE COMPANY | $442.26 |
| 2/23/2021 | 17213647 | CHAMPION MORTGAGE COMPANY | $442.26 |
| 3/19/2021 | 17214925 | CHAMPION MORTGAGE COMPANY | $445.00 |
| 4/23/2021 | 17216040 | CHAMPION MORTGAGE COMPANY | $884.53 |

| Effective Date | Screen Desc | Transaction Amount |
|---|---|---|
| 6/22/2018 | TR Payment | -695.05 |
| 8/27/2018 | TR Payment | -424.9 |
| 11/26/2018 | TR Payment | -865.23 |
| 12/27/2018 | TR Payment | -973.95 |
| 1/28/2019 | TR Payment | -1200.45 |
| 3/22/2019 | TR Payment | -425.82 |
| 4/22/2019 | TR Payment | -439.41 |
| 6/27/2019 | TR Payment | -428 |
| 8/5/2019 | TR Payment | -428 |
| 8/23/2019 | TR Payment | -428 |
| 9/30/2019 | TR Payment | -428 |
| 10/30/2019 | TR Payment | -868.35 |
| 12/27/2019 | TR Payment | -434.17 |
| 2/27/2020 | TR Payment | -868.35 |
| 4/27/2020 | TR Payment | -1283.99 |
| 6/25/2020 | TR Payment | -428 |
| 7/24/2020 | TR Payment | -855.99 |
| 10/5/2020 | TR Payment | -855.99 |

| Date | Description | Amount |
|---|---|---|
| 11/30/2020 | TR Payment | -442.26 |
| 12/28/2020 | TR Payment | -445 |
| 1/29/2021 | TR Payment | -442.26 |
| 3/1/2021 | TR Payment | -442.26 |
| 3/25/2021 | TR Payment | -445 |
| 4/29/2021 | TR Payment | -884.53 |